**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRI ANN MARLETTE-McGREW, | Case No. SACV 14-1711-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the Commissioner is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: February 25, 2016

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge